HENRY C. ADAMS, Respondent, *v.* THOMAS C. VAN BRUNT, Appellant.

(Argued March 5, 1889; decided March 29, 1889.)

MOTION to dismiss an appeal from a judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made February 16, 1889, which affirmed a judgment, entered upon a decision of the General Term of the City Court of New York affirming a judgment of said City Court in favor of plaintiff.

*Thomas C. Ennever* for motion.

*Lemuel Skidmore* opposed.

Agree to dismiss appeal; no opinion.
All concur.
Motion granted.